# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

**No. 201800117**

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## STEVEN T. HILTON
Private First Class (E-2), U.S. Marine Corps
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major John L. Ferriter, USMC.
Convening Authority: Commanding Officer, Headquarters and Support
Battalion, Marine Corps Installations West-Marine Corps Base, Camp
Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd
Enge, USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 23 August 2018

————————————

Before HUTCHISON, TANG, and STEPHENS, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment
of error, we affirm the findings and sentence as approved by the convening
authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court